**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Martin Jesus RIVAS MEDINA, also known as Martin Jesus Rivas, also known as Martin Rivas, Defendant–Appellant.**

**No. 13–20551**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Martin Jesus Rivas Medina raises an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 & n. 28 (5th Cir.) (en banc), *cert. denied*, —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013), in which this court concluded that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be lower than seventeen and does not include the age-differential asserted. Accordingly, Rivas Medina's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.